UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


EDMUND LOWELL FIELDS, #487029,

                Petitioner,

                                          CASE NO. 2:12-CV-12658
v.                                 HONORABLE DENISE PAGE HOOD

DAVID BERGH,

                Respondent.
_____/

## ORDER DENYING MOTION TO STAY AS MOOT

Michigan prisoner Edmund Lowell Fields ("Petitioner") has filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging the validity of his state criminal proceedings and current confinement. At the time he filed his petition, Petitioner moved to stay the case because he had a motion for reconsideration pending in the Michigan Supreme Court concerning the same matter. Petitioner has since informed the Court that the Michigan Supreme Court denied reconsideration on July 24, 2012. Given such circumstances, Petitioner's request for a stay is unnecessary. Accordingly, the Court **DENIES** Petitioner's motion to stay as moot.

        **IT IS ORDERED.**


Dated: January 4, 2013                     s/ Denise Page Hood
                                     DENISE PAGE HOOD
                                     UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing was sent to parties of record on January 4, 2013, electronically or by U.S. mail.

                                   s/ Michael Williams
                                   Relief Case Manager for the Honorable
                                   Denise Page Hood